**E-FILED**
Nov 29, 04      Tuesday, 14 December, 2004  12:28:19 PM
Clerk, U.S. District Court, ILCD

To the American Law and who it may concern.

God has given me the patience to stand the pain caused by my daughters absence. Pysically, because she was everything for me, for my life. Especially being great help for my doctors visits, hospitalization, to get my medicine, grocery store, cook for me, ect.

Emotionally she is my everything, my beautiful star who always was interested in going to school. She finished her studies as a teacher of education in Nicaragua, our country. She is also a great friend, great mother, got along with everybody especially her children, Jerry Salvador Moreno, and Michael Cruz now 20.

Unfortuently she was living with an alcoholic man who wouldn't help her financially and she has to go take care of her needs and her 2 children. She was like a single mother, the greatest mother taking care of her children, never abuse them, not even think about it.

She knows she did very wrong with what she did but she had too much pressure from her peers and friends, of course that is no exscuse, but now she knows she did wrong and she regrets it cause she is a person with good moral principals. Non drinker or smoker, but she got tempted by her needs to support her children and help me through my life.

I am a retired lady with 535.00 a month and Martha, my daughter always helped me with my expenses and never mistreated me or fought with me. My only wish as a mother of Martha is to see her free to take care of her sins and be a good citizen. She is a good citizen but money made her to be wrong. But everything she did , she did to support her children and me.

Sincereley,
Martha's mother.     *Adela E Diaz*
Adela Gomez.

RECEIVED

DEC - 3 2004

U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

Inmates name

MARTHA L. LOLA

IMMATE # 12376-026
PoBox 47401
Fort Wrth TX

Pase # 99-300

Case # 99 30052

Case # 99 300 98