E-FILED
Monday, 31 January, 2005 07:23:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Nos. 99-30052 & 99-30098 |
| ) | |
| MARTHA LORENO-LOLA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

Pending before the Court is the Government's motion pursuant to Federal Rule of Criminal Procedure 35(b) for a reduction of the Defendant's sentence.

The Government has filed a motion to reduce Defendant Martha Loreno-Lola's sentence. The Defendant has requested a hearing on the Government's motion.

Ergo, the hearing on the Government's motion pursuant to Rule 35(b) to reduce the Defendant's sentence is hereby scheduled for April 4, 2005 at

1

2:30 p.m.  The Government will ensure that the Defendant is present at the hearing.  The Clerk will forward a copy of this Order to the United States Marshals Service.

ENTER: January 27, 2005

       FOR THE COURT:

                                      s/Richard Mills
                                      United States District Judge