E-FILED
Tuesday, 15 March, 2005  10:34:29 AM
Clerk, U.S. District Court, ILCD

FILED
MAR 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Judge Richard Mills
151 Federal Building
600 E. Monrad
Springfield, Ill. 62701

March 3, 2005

Martha Loreno Lola
#12376-026 2- South
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, Texas. 76127


Dear Honorable Judge Mr. Richard Mills

I am requesting that this letter be filed As A Motion, For the Appointment of legal counsel.

#99-30052 &
Martha Loreno Lola, Case #99-30098   I was informed today that I have a court date of April 4, 2005 in Springfield Ill. I currently do not have any legal counsel to represent me at this appearance.

Mr. Phillip Greene was my attorney through out my trial. He no longer wishes to represent me, because I have no funds in which to pay his fees.

I am asking that the court to appoint cousel to represent me at this appearance.

Thank You Very Much.
Sincerely, Martha Loreno Lola

*Martha Loreno Lola*

MARCH 4- 2005

MR: PHILIP S. GREENE
ATTORNEY AT LAW
2317 STANFORD
HOUSTON, TEXAS 77006


I HOPE ARE YOU DOING OKAY.

I WOULD LIKE TO THANK YOU FOR YOUR SERVICES.
I NO LONGER ANABLE TO AFFORD THEM. I AM NOT IN A VERY GOOD ECONOMICAL SITUATION AT THIS TIME. I WOULD BE ANABLE TO PAY FOR YOUR PLANE TICKET OR ANY OF YOUR OTHER EXPENSES TO APPEAR WITH ME AT MY COURT DATE. MY FAMILY IS ALSO ANBLE TO FINANCIALLY HELP.

I HAVE REQUESTED THAT THE COURT APPOINTED ME A PUBLIC DEFENDER.
BECAUSE MY NEXT COURT DATE IS APRIL 4, 2005. MONDAY AT 2:30 P.M. IN SPRINGFIELD ILLINOIS.

THANK YOU VERY MUCH FOR YOUR SERVICE.
GOD BLESS YOU FOR THE GOOD JOB YOU HAVE DONE.
ESPECIALLY HAVING MY SENTENCES CONSECUTIVE, NOT CONCURRENT.

*[signature]*
MARTHA LORENO LOLA
#12376-026 U-2-SOUTH
FEDERAL MEDICAL CENTER CARSWELL

P.O.BOX 27137
FT. WORTH, TEXAS 76127