IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Nos. 99-30052 & 99-30098 |
| | ) |
| MARTHA LORENO-LOLA, | ) |
| | ) |
| Defendant. | ) |

ORDER

RICHARD MILLS, U.S. District Judge:

Pending before the Court is the Defendant's motion to appoint counsel.

A hearing on the Government's motion to reduce the sentence of Defendant Martha Loreno-Lola is scheduled for April 4, 2005 at 2:30 p.m. The Defendant has filed a motion requesting that counsel be appointed to represent her at the hearing.

Ergo, the Defendant's motion to appoint counsel [d/e 25] is ALLOWED. This matter is referred to United States Magistrate Judge

1

Byron G. Cudmore for the appointment of an attorney.

ENTER: March 18, 2005

                FOR THE COURT:

                              s/Richard Mills
                              United States District Judge