IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTHA LORENO-LOLA, )<br>)<br>Defendant. ) | Nos. 99-30052 & 99-30098 |

ORDER

RICHARD MILLS, U.S. District Judge:

This case is before the Court following a hearing on the Government's motion under Federal Rule of Criminal Procedure 35(b) to reduce the Defendant's sentence.

On April 18, 2005, the Court held a hearing on the Government's motion pursuant to Rule 35(b) to reduce Defendant Martha Loreno-Lola's sentence. The Defendant was sentenced on June 1, 2000 to consecutive terms of 120 months and 31 months imprisonment, respectively, following her guilty pleas to possession of cocaine with the intent to distribute and

1

failure to appear, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 3146.

The Government requested that the Court depart downward from the Defendant's original total sentence of 151 months imprisonment and reduce her sentence by 45 months (approximately 30%) to a revised sentence of 106 months imprisonment. The Government notes that after initially agreeing to cooperate, the Defendant was not completely truthful regarding her role and that of others in the cocaine conspiracy. This situation was worsened by the Defendant's failure to appear for her change of plea hearing. She was arrested three months later in Texas. The Government acknowledges that the Defendant's failure to appear clearly resulted from her inability to face the reality of the situation and fear of losing her son, rather than a significant effort to flee and avoid detection. In addition to the second charge, the Defendant lost the benefit she would have received from timely acceptance of responsibility.

The Defendant eventually cooperated in the investigations of Scott Stuyvesant, Hal Bruninga, and Carlos Gonzalez. The Government notes

that Gonzalez was the primary source for the cocaine, which was being transported to Stuyvesant and Bruninga for distribution. The three individuals were eventually indicted and pleaded guilty in this district in Case Numbers 01-30086 and 02-30013. The Government states that the Defendant would have been a key witness had any of them proceeded to trial.[1]

Because the Defendant's cooperation is now complete, the Government has moved to reduce the Defendant's sentence. The Defendant testified at the hearing on the motion. She stated that because of various family concerns, she hopes for a reduction of her sentence by 40%. Specifically, the Defendant testified that she has a 14-year old son whose father is an alcoholic. Moreover, she stated that she needs to help care for her 78-year old mother. The Defendant requested that her sentence be reduced to a term of 91 months imprisonment.

---

[1] The Government notes that each of those individuals cooperated and received the following downward departures and sentences: Stuyvesant (40% departure)– 66 months imprisonment; Bruninga (40% departure)– 81 months imprisonment; and Gonzalez (10% departure)– 120 months imprisonment.

The Court concluded that the Defendant's remorse is sincere and that her family situation warranted a reduction of more than 30%. Upon reviewing the record, the Court determined that a reduction of 55 months is appropriate in this case. This will reduce the Defendant's sentence to a term of eight years imprisonment.

Ergo, the Government's motion to reduce the Defendant's sentence is ALLOWED. The Defendant's sentence in Case Numbers 99-30052 & 99-30098 is hereby reduced from a total of 151 months imprisonment to 96 months imprisonment. The Defendant's sentence in Case Number 99-30052 is hereby reduced from 120 months to a term of 65 months imprisonment. Her sentence in Case Number 99-30098 remains 31 months imprisonment. The Bureau of Prisons will note that the total 96-month term of imprisonment has been reduced from an initial term of 151 months.

ENTER: April 20, 2005

    FOR THE COURT:

                                        s/Richard Mills
                                        United States District Judge